IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 16-21018-CMB |
| Thomas J. Hayes, | : |
| **Debtor,** | : Chapter 13 |
| Thomas J. Hayes, | : |
| **Movant,** | : Document No. 114 |
| vs. | : |
| Specialized Loan Servicing, LLC, | : |
| **Respondent.** | : |

## LOSS MITIGATION ORDER

A *Motion for Loss Mitigation* was filed by *Thomas J. Hayes* on July 18, 2019. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this 9th day of *August*, *2019*, it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's *Loss Mitigation Program* **(LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

        Debtor:    Thomas J. Hayes

        Creditor:    Specialized Loan Servicing, LLC

(2)    *During the Loss Mitigation Period*, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $1,374.65 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    *Within fourteen (14) days from the entry of this Order*, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    *Within seven (7) days from the entry of this Order* or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    *Within fourteen (14) days of the debtor's submission of the Core LMP Package*, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    *Within sixty (60) days from the entry of this Order*, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)     ***One hundred twenty (120) days from the entry of this Order,*** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)     ***Within seven (7) days of the termination of the Loss Mitigation Period***, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)     Debtor shall ***immediately*** serve a copy of this Order on Creditor and file a certificate of service evidencing same.

*[signature]*
Carlota M. Böhm, Chief Judge
United States Bankruptcy Judge

FILED
8/9/19 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA