# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 16-21018 |
| Thomas J. Hayes | : Chapter 13 |
| | : Judge Carlota M. Bohm |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| PNC Bank National Association | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| Thomas J. Hayes | : |
| Laurie E. Hayes | : |
| | : |
| Ronda J. Winnecour | : |
| Respondents. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-021146_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 16-21018** |
| **Thomas J. Hayes** : | **Chapter 13** |
| : | **Judge Carlota M. Bohm** |
| **Debtor(s)** : | ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ |
| : | |
| **PNC Bank National Association** : | **Related Document #** |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Thomas J. Hayes** : | |
| **Laurie E. Hayes** : | |
| : | |
| : | |
| **Ronda J. Winnecour** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 30, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Donald R. Calaiaro, Attorney for Thomas J. Hayes, dcalaiaro@c-vlaw.com

David Z. Valencik, Attorney for Thomas J. Hayes, dvalencik@c-vlaw.com

Service by First-Class Mail:
Thomas J. Hayes, 4033 Tall Timber Dr., Allison Park, PA  15101

Laurie E. Hayes, 4033 Tall Timber Drive, Allison Park, PA  15101

Thomas J. Hayes and Laurie E. Hayes, 4033 Tall Timber Dr, Allison Parkk, PA  15101

EXECUTED ON: November 30, 2020

By: /s/ Karina Velter
Signature

20-021146_PS

Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

20-021146_PS