**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| IN RE: | Case No.: 16-21018 |
| Debtors: Thomas J. Hayes | Loan Number (Last 4): 6252 |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 Serviced by Select Portfolio Servicing, Inc. | Specialized Loan Servicing LLC |
| Name of Transferee | Name of Transferor |
| PO Box 65250 Salt Lake City, UT 84165 | Court Claim # (if known): 6 |
| | Amount of Claim: $120,884.21 |
| | Date Claim Filed: 05/24/2016 |
| Phone: 1-800-258-8602 | Last Four Digits of Acct #: 2251 |
| Last Four Digits of Acct #: 6252 | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602

Last Four Digits of Acct #: 6252

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By: /s/ John Shelley | Date: 12/06/2020 |
| InfoEx, LLC, as authorized filing agent | |
| (Approved by: Callie Nelson) | |

Specific Contact Information:
Callie Nelson - BK Specialist
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

491503-4aa29adc-1c31-4319-b153-8ad1b8f36ecd