# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : **Case No.** 16-21018-CMB |
| Thomas J. Hayes, | : |
| **Debtor,** | : **Chapter** 13 |
| Thomas J. Hayes, | : |
| **Movant,** | : **Related Document No.** 165 |
| vs. | : |
| Specialized Loan Servicing, LLC, | : |
| **Respondent.** | : **Document No.** |

## ORDER

A *Loss Mitigation Order* dated <u>August 9, 2019</u>, was entered in the above matter at Document No. <u>118</u>. On <u>December 15, 2020,</u> a ***Motion to Extend the Loss Mitigation Period*** was filed by <u>Thomas J. Hayes</u> at Document No. <u>165</u>.

*AND NOW*, this _____ day of _____, 202_, it is hereby ***ORDERED, ADJUDGED AND DECREED*** that the loss mitigation period is ***extended up to and including the*** _____ ***day of*** _____, *202_*.

***IT IS ORDERED,*** *that the LMP final report is due on the* _____ ***day of*** _____, *202_*.

By the Court,

_____
Carlota M. Böhm, Chief Judge
United States Bankruptcy Judge