# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-21018-CMB |
| Thomas J. Hayes, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Thomas J. Hayes, | ) |
| **Movant,** | ) **Related Document No.** 167-165 |
| vs. | ) **Hearing Date:** 01/06/21 @ 1:30 p.m. |
| Specialized Loan Servicing, LLC, | ) **Response Due:** 12/24/20 |
| **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Order Scheduling Dates for Response and Zoom Hearing on Motion and Motion to Extend Loss Mitigation Period

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 17, 2020.

**SERVICE BY FIRST-CLASS MAIL**:
Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111
Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129
Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254
Specialized Loan Servicing LLC, P.O. Box 9013, Addison, TX 75001
Select Porfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165
Thomas J. Hayes, 4033 Tall Timber Drive, Allison Park PA 15101
**SERVICE BY E-MAIL**:
Natalie Lea, Authorized Agent for Specialized Loan Servicing, LLC, Bonial & Associates, P.C.,
14841 Dallas Parkway, Suite 300, Dallas, Texas 75254; POCInquiries@BonialPC.com
**SERVICE BY NEF**:
Brian Nicholas on behalf of Creditor Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1;
bnicholas@kmllawgroup.com
Kevin Scott Frankel on behalf of Creditor Specialized Loan Servicing LLC; pabk@logs.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** December 17, 2020

/s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA ID #62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**