# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: THOMAS J. HAYES
- Case Number: 16-21018-CMB        Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 17, 2020 01:00 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#136 Amended Chapter 13 Plan Dated 04/21/2020 (FC)
R / M #: 136 / 0

**Appearances:**

- Debtor: Peduto
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

*LMP pending*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **3/25/21** at **1:00pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
12/18/20 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

12/8/2020   11:14:39 AM