## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : **Case No.** 16-21018-CMB |
| Thomas J. Hayes, | : |
| **Debtor,** | : **Chapter** 13 |
| Thomas J. Hayes, | : |
| **Movant,** | : **Related Document No.** 165 |
| vs. | : |
| Specialized Loan Servicing, LLC, | : **ENTERED BY DEFAULT** |
| **Respondent.** | : |

### ORDER

A *Loss Mitigation Order* dated August 9, 2019, was entered in the above matter at Document No. 118. On December 15, 2020, a ***Motion to Extend the Loss Mitigation Period*** was filed by Thomas J. Hayes at Document No. 165.

*AND NOW*, this 29th day of December, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including the* 29th day of January, 2021

**IT IS ORDERED,** that the LMP final report is due on the 5th day of February, 2021.

By the Court,

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
12/29/20 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)    Page 1 of 1