**IN THE UNITED STATES BANRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 16-21018 |
| Thomas J. Hayes | : | Chapter 13 |
| | : | Judge Carlota M. Böhm |
| Debtor(s) | : | ************************* |
| | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK:

Kindly enter my appearance as co-counsel on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

**PARKER IBRAHIM & BERG LLP**

Dated: February 11, 2021        By:    /s/ *Jonathan M. Etkowicz*
Jonathan M. Etkowicz, Esquire (208786)
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Phone: (267) 908-9800
Fax: (267) 908-9888
jonathan.etkowicz@piblaw.com
*Co-Counsel for Creditor,*
*Federal Home Loan Mortgage Corporation,*
*as Trustee for the benefit of the Freddie Mac*
*Seasoned Loans Structured Transaction*
*Trust, Series 2020-1*

**IN THE UNITED STATES BANRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 16-21018** |
| **Thomas J. Hayes** | : | **Chapter 13** |
| | : | **Judge Carlota M. Böhm** |
| Debtor(s) | : | **************************** |
| | : | |

## CERTIFICATE OF SERVICE FOR ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

   I hereby certify under penalty of perjury that on February 11, 2021, I caused the foregoing Entry of Appearance of Jonathan M. Etkowicz, Esquire and Request for Notices to be served electronically on the below-listed parties via the Court's CM/ECF system:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Donald R. Calaiaro, Attorney for Thomas J. Hayes, dcalaiaro@c-vlaw.com

David Z. Valencik, Attorney for Thomas J. Hayes, dvalencik@c-vlaw.com

Mark B. Peduto, Attorney for Thomas J. Hayes, mpeduto@c-vlaw.com

                   **PARKER IBRAHIM & BERG LLP**

Dated: February 11, 2021    By: /s/ *Jonathan M. Etkowicz*
                    Jonathan M. Etkowicz, Esquire (208786)
                    1635 Market Street, 11th Floor
                    Philadelphia, PA 19103
                    Phone: (267) 908-9800
                    Fax: (267) 908-9888
                    jonathan.etkowicz@piblaw.com
                    *Co-Counsel for Creditor,*
                    *Federal Home Loan Mortgage Corporation,*
                    *as Trustee for the benefit of the Freddie Mac*
                    *Seasoned Loans Structured Transaction*
                    *Trust, Series 2020-1*