**IN THE UNITED STATES BANRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 16-21018 |
| Thomas J. Hayes | : | Chapter 13 |
| | : | Judge Carlota M. Böhm |
| Debtor(s) | : | ************************* |
| | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK:

Kindly enter my appearance as counsel on behalf of Select Portfolio Servicing, Inc. in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

**PARKER IBRAHIM & BERG LLP**

Dated: February 11, 2021         By:    /s/ *Jonathan M. Etkowicz*
                                                Jonathan M. Etkowicz, Esquire (208786)
                                                1635 Market Street, 11th Floor
                                                Philadelphia, PA 19103
                                                Phone: (267) 908-9800
                                                Fax: (267) 908-9888
                                                jonathan.etkowicz@piblaw.com
                                                *Attorney for Creditor,*
                                                *Select Portfolio Servicing, Inc.*

**IN THE UNITED STATES BANRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 16-21018** |
| **Thomas J. Hayes** | : | **Chapter 13** |
| | : | **Judge Carlota M. Böhm** |
| Debtor(s) | : | ************************ |
| | : | |

## CERTIFICATE OF SERVICE FOR ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that on February 11, 2021, I caused the foregoing Entry of Appearance of Jonathan M. Etkowicz, Esquire and Request for Notices to be served electronically on the below-listed parties via the Court's CM/ECF system:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Donald R. Calaiaro, Attorney for Thomas J. Hayes, dcalaiaro@c-vlaw.com

David Z. Valencik, Attorney for Thomas J. Hayes, dvalencik@c-vlaw.com

Mark B. Peduto, Attorney for Thomas J. Hayes, mpeduto@c-vlaw.com

                                                            **PARKER IBRAHIM & BERG LLP**

Dated: February 11, 2021        By:   /s/ *Jonathan M. Etkowicz*
                                                          Jonathan M. Etkowicz, Esquire (208786)
                                                          1635 Market Street, 11th Floor
                                                          Philadelphia, PA 19103
                                                          Phone: (267) 908-9800
                                                          Fax: (267) 908-9888
                                                          jonathan.etkowicz@piblaw.com
                                                          *Attorney for Creditor,*
                                                          *Select Portfolio Servicing, Inc.*