# IN THE UNITED STATES BANRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 16-21018 |
| **Thomas J. Hayes** | Chapter 13 |
| | Judge Carlota M. Böhm |
| Debtor(s) | |
| | Hearing Date: 03/01/2021 at 10:00 AM |
| **Thomas J. Hayes** | Response Date: 02/15/2021 |
| Movant | |
| | Related Document No.: 174 & 184 |
| v. | |
| **Select Portfolio Servicing, Inc.** | |
| Respondent | |

## CERTIFICATE OF SERVICE FOR CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEBTOR'S MOTION TO COMPEL AND TO CONTUNUE HEARING

I hereby certify under penalty of perjury that on February 11, 2021, I caused the foregoing Consent Motion For Extension of Time to Respond to the Motion to Compel filed by Debtor Thomas J. Hayes and to Continue Hearing on the below-listed parties via the Court's CM/ECF system:

Donald R. Calaiaro, Attorney for Thomas J. Hayes, dcalaiaro@c-vlaw.com

David Z. Valencik, Attorney for Thomas J. Hayes, dvalencik@c-vlaw.com

Mark B. Peduto, Attorney for Thomas J. Hayes, mpeduto@c-vlaw.com

**PARKER IBRAHIM & BERG LLP**

Dated: February 11, 2021     By:    /s/ *Jonathan M. Etkowicz*
Jonathan M. Etkowicz, Esquire (208786)
1635 Market Street, 11th Floor
Philadelphia, PA 19103

Phone: (267) 908-9800
Fax: (267) 908-9888
jonathan.etkowicz@piblaw.com
*Attorney for Creditor,*
*Select Portfolio Servicing, Inc.*