IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS J. HAYES, | : | Bankruptcy No. 16-21018 CMB |
|     Debtor, | : | Chapter 13 |
| | : | Related to Doc. No. 173 |
| THOMAS J. HAYES, | : | |
|     Movant, | : | |
| v | : | |
| | : | |
| SPECIALIZED LOAN SERVICING, LLC, | : | |
|     Respondent. | : | |

## ORDER

*AND NOW*, this 26th day of *February, 2021,* it is hereby **ORDERED, ADJUDGED and DECREED** that a hearing on the *Motion to Extend the Loss Mitigation Period* is RESCHEDULED from *March 15, 2021* at *10:00 A.M. to March 30, 2021 at 2:30 P.M.* via the *ZOOM Video Conference* Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

*It is FURTHER ORDERED that the Loss Mitigation Period is extended up to and including March 30, 2021.*

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
2/26/21 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21018-CMB |
| Thomas J. Hayes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas J. Hayes, 4033 Tall Timber Dr., Allison Park, PA 15101-3043 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Thomas J. Hayes dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Thomas J. Hayes dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

James P. Valecko
    on behalf of Creditor PNC BANK  NA. jvalecko@weltman.com, PitEcf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Hampton Township School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Hampton jhunt@grblaw.com  cnoroski@grblaw.com

Jonathan Etkowicz
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 jonathan.etkowicz@piblaw.com

Jonathan Etkowicz
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC jonathan.etkowicz@piblaw.com

Joseph P. Schalk
    on behalf of Creditor Wells Fargo Bank  N.A. jschalk@barley.com, sromig@barley.com

Karina Velter
    on behalf of Creditor PNC BANK  NA. amps@manleydeas.com

Kevin Scott Frankel
    on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark B. Peduto
    on behalf of Debtor Thomas J. Hayes mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 18