# PROCEEDING MEMO

**Date: 03/30/2021 02:30 pm**

In re:   Thomas J. Hayes

                                             **Bankruptcy No. 16-21018-CMB**
                                             **Chapter: 13**
                                             **Doc. # 174**

**Appearances:** BY ZOOM: Owen Katz, Mark B. Peduto, Jonathan M. Etkowicz

**Nature of Proceeding:** #174 Motion To Compel

**Additional Pleadings:** #181 Exhibit A to Docket #174
                         #184 Consent Motion To Continue Hearing
                         #186 Order Signed 02/12/2021 Granting #184 - Hearing Continued to: 03/15/2021 at 10:00 a.m. via Zoom
                         #190 Consent Motion To Continue Hearing
                         #191 Order Signed 02/26/2021 Granting #190 - Hearing Continued to: 03/30/2021 at 2:30 p.m. via Zoom
                         #196 Objection by Select Portfolio Servicing, Inc.

**Judge's Notes:**
-Peduto: Applied for loan modification. Attorney Etkowicz indicated that client has policy that loan modifications are not granted when the loan is under 60% loan to value. Arbitrary rule that may not constitute good faith.
-Etkowicz: Loan is held in pool by an investor. This is the investor's rule for LMP.
OUTCOME: Continued to 5/25 at 1:30 pm.
-Attorney Peduto to research this issue. Attorney Peduto to withdraw motion if he is unable to find case law supporting his argument or to file a memorandum with the Court if he does find supporting case law.
-Parties to be prepared to discuss how they want to proceed at the continued hearing.

                                                      **Carlota Böhm**
                                                      **Chief U.S. Bankruptcy Judge**

                                                        FILED
                                                        3/31/21 8:31 am
                                                        CLERK
                                                        U.S. BANKRUPTCY
                                                        COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-21018-CMB
Thomas J. Hayes     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2
Date Rcvd: Mar 31, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

**Recip ID**   **Recipient Name and Address**
db     + Thomas J. Hayes, 4033 Tall Timber Dr., Allison Park, PA 15101-3043

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:**

**Name**   **Email Address**

Anthony T. Kovalchick
    on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov

Brian Nicholas
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com

David Z. Valencik
    on behalf of Debtor Thomas J. Hayes dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Thomas J. Hayes dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Case 16-21018-CMB    Doc 207    Filed 04/02/21    Entered 04/03/21 00:44:32    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 1 |

James P. Valecko
    on behalf of Creditor PNC BANK  NA. jvalecko@weltman.com, PitEcf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Hampton Township School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Hampton jhunt@grblaw.com  cnoroski@grblaw.com

Jonathan Etkowicz
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 jonathan.etkowicz@piblaw.com

Jonathan Etkowicz
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC jonathan.etkowicz@piblaw.com

Joseph P. Schalk
    on behalf of Creditor Wells Fargo Bank  N.A. jschalk@barley.com, sromig@barley.com

Kevin Scott Frankel
    on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com  logsecf@logs.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark B. Peduto
    on behalf of Debtor Thomas J. Hayes mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NA. amps@manleydeas.com


TOTAL: 18