# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** THOMAS J. HAYES
**Case Number:** 16-21018-CMB     **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 29, 2021  09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/30/21 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#198 Amended Chapter 13 Plan Dated 03/17/2021 (FC)
R / M #: 198 / 0

## *Appearances:*

Debtor: Peduto
Trustee: Winnecour / Pail / Katz / DeSimone  Hayes
Creditor: Maria Miksich - Select Portfolio

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  7/15/21  at  10:00  .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/19/2021   10:52:44 AM