IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 16-21018-CMB |
| Thomas J. Hayes, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Thomas J. Hayes, | ) Related to: Document Nos. 174 and 209 |
| **Movant,** | ) |
| vs. | ) |
| Select Portfolio Servicing, Inc. | ) |
| **Respondent.** | ) |

## CONSENT ORDER REGARDING MOTION TO COMPEL

**AND NOW,** this 17th day of May 2021, upon agreement of the parties, the Motion to Compel filed by the Debtor/Movant, Thomas J. Hayes, and Objection filed by the Respondent, Select Portfolio Servicing, Inc., are hereby resolved as follows:

1. The Debtor filed a Motion to Compel on January 29, 2021. (Doc. #174)

2. The Respondent filed an Objection to the Motion to Compel on March 15, 2021. (Doc. #196)

3. The Respondent approved the Debtor for a Deferral Agreement on April 22, 2021.

4. The Debtor has accepted the Deferral Agreement and will be filing a motion to approve the Deferral Agreement with Court.

By the Court,

*Carlota M. Böhm*
**Chief Judge Carlota M. Böhm**    cmb
**United States Bankruptcy Court**

FILED
5/17/21 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**CONSENTED TO:**

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. No. 62923**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**
**mpeduto@c-vlaw.com**

*Attorney for Debtor/Movant*


**BY:** /s/ Jonathan M. Etkowicz
**Jonathan M. Etkowicz, Esquire (208786)**
**PARKER IBRAHIM & BERG LLP**
**1635 Market Street, 11th Floor**
**Philadelphia, PA 19103**
**Phone: (267) 908-9800**
**Fax: (267) 908-9888**
**jonathan.etkowicz@piblaw.com**

*Attorney for Respondent*

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21018-CMB |
| Thomas J. Hayes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: May 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas J. Hayes, 4033 Tall Timber Dr., Allison Park, PA 15101-3043 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Thomas J. Hayes dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Thomas J. Hayes dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| James P. Valecko | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: May 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor PNC BANK NA. jvalecko@weltman.com, PitEcf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Hampton Township School District jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Hampton jhunt@grblaw.com cnoroski@grblaw.com

Jonathan Etkowicz
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 jonathan.etkowicz@piblaw.com

Jonathan Etkowicz
    on behalf of Creditor SELECT PORTFOLIO SERVICING INC jonathan.etkowicz@piblaw.com

Joseph P. Schalk
    on behalf of Creditor Wells Fargo Bank N.A. jschalk@barley.com, sromig@barley.com

Kevin Scott Frankel
    on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com logsecf@logs.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark B. Peduto
    on behalf of Debtor Thomas J. Hayes mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK NA. amps@manleydeas.com

TOTAL: 18