**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-21018-CMB |
| Thomas J. Hayes, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Thomas J. Hayes, | ) **Related Document No.** 211-212 |
| **Movant,** | ) **Hearing Date:** 06/21/21 @ 10:00 a.m. |
| **vs.** | ) **Response Due:** 06/01/21 |
| Select Portfolio Servicing, Inc. | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE LOAN MODIFICATION - Document No. 211**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Approve Loan Modification** filed on May 14, 2021, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **M Motion to Approve Loan Modification** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Approve Loan Modification** were to be filed and served no later than June 1, 2021.

It is hereby respectfully requested that the Order attached to the **Motion to Approve Loan Modification** be entered by the Court.

Date: June 2, 2021        /s/ Mark B. Peduto
        **Mark B. Peduto, Esquire**
        **PA ID #62923**
        mpeduto@c-vlaw.com
        **CALAIARO VALENCIK**
        **938 Penn Avenue, Suite 501**
        **Pittsburgh, PA  15222-3708**
        **(412) 232-0930**