IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**ALL CASES IN WHICH ANTHONY T. KOVALCHICK IS ATTORNEY OF RECORD FOR THE PENNSYLVANIA OFFICE OF ATTORNEY GENERAL**<br><br>ANTHONY T. KOVALCHICK, LAUREN A. MICHAELS, and ALLISON L. CARR,<br><br>                        Movants. | Misc. Docket No. 22-00204-CMB |

## ORDER

AND NOW, this 7th day of March, 2022, upon consideration of the *Omnibus Joint Motion to Withdraw the Appearance of Anthony T. Kovalchick and Enter the Appearances of Lauren A. Michaels and Allison L. Carr* (the "Motion"), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED;

2. The appearance of Anthony T. Kovalchick, Deputy Attorney General, is WITHDRAWN on all cases pending before this Honorable Court on both Exhibit A and Exhibit B; and

3. The appearance of Lauren A. Michaels, Deputy Attorney General, is ENTERED on all cases pending before this Honorable Court on **Exhibit A**; and

4. The appearance of Allison L. Carr, Senior Deputy Attorney General, is ENTERED on all cases pending before this Honorable Court on **Exhibit B**.

FILED
3/7/22 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Hon. Carlota M. Böhm    dmr
Chief United States Bankruptcy Judge