**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) **Case No.** 16-21018-CMB |
| Thomas J. Hayes, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Thomas J. Hayes, | ) |
|     **Movant,** | ) **Related Document No.** |
|     vs. | ) |
| Ronda J. Winnecour, Ch 13 trustee | ) |
|     **Respondent.** | ) **Document No.** |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 26, 2022, at docket number 238, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

   This Certification is being signed under penalty of perjury by the Debtor who has carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: September 26, 2022

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire, PA I.D. #62923**
mpeduto@c-vlaw.com

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**