FILED
9/27/22 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: )<br>ALL CASES IN WHICH )<br>MARK B. PEDUTO IS ATTORNEY OF )<br>RECORD WITH CALAIARO VALENCIK, )<br>)<br>MARK B. PEDUTO, ANDREW K. )<br>PRATT, and DAVID Z. VALENCIK, )<br>**MOVANTS** )<br>v. )<br>NO RESPONDENTS. ) | **Misc. Docket No.** 22-226-GLT<br><br>Related Dkt. No. 2 |

## ORDER OF COURT

**AND NOW**, this <u>27th</u> day of <u>September</u>, 2022, upon consideration of the *Omnibus Motion to Withdraw the Appearance of Mark B. Peduto and Enter the Appearances of Andrew K. Pratt and David Z. Valencik* (the "<u>Motion</u>"), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED**.

2. The appearance of Mark B. Peduto, Esquire is **WITHDRAWN** on all cases pending before this Honorable Court on Exhibit A attached to the Motion effective September 23, 2022.

3. The appearances of Andrew K. Pratt, Esquire and David Z. Valencik, Esquire is **ENTERED** on all cases pending before this Honorable Court listed on Exhibit A attached to the Motion upon withdrawal of Mark B. Peduto, Esquire.

**BY THE COURT:**

Dated: 9/27/22

_____
**Chief Judge Gregory L. Taddonio
United States Bankruptcy Court**