Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Thomas J. Hayes**
 Debtor(s)

Bankruptcy Case No.: 16−21018−CMB

Chapter: 13
Docket No.: 242 − 241

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 28th of September, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/14/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/13/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/14/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas J. Hayes  
Debtor

Case No. 16-21018-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3  
Date Rcvd: Sep 28, 2022 Form ID: 408v Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J. Hayes, 4033 Tall Timber Dr., Allison Park, PA 15101-3043 |
| cr | + | Office of Attorney General, Pennsylvania Departmen, Office of Attorney General, 5th Floor, Manor Complex, 564 Forbes Avenue, Pittsburgh, PA 15219-2992 |
| 14198863 | + | Allelgheny County Family Division, 621 City County Building, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 14198868 | + | Pennsylvania Housing Finance, 211 N. Front St., Harrisburg, PA 17101-1406 |
| 14198870 | + | Riverside Commerce Center, 120 Coporate Blvd. Ste.100, Norfolk, VA 23502-4952 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 28 2022 23:22:28 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: blegal@phfa.org | Sep 28 2022 23:19:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 28 2022 23:19:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 28 2022 23:19:00 | Specialized Loan Servicing LLC, PO Box 9013, ADDISON, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 28 2022 23:19:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 28 2022 23:19:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14205915 | | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2022 23:18:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14198864 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2022 23:18:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14248374 | | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2022 23:22:50 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14198865 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:22:48 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14210254 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:22:39 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14273271 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 28 2022 23:19:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 15318354 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 28 2022 23:19:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: 408v | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14198867 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2022 23:19:00 | Internal Revenue, Stop 8420G, P.O. Box 145595, Cincinnati, OH 45250 |
| 14198866 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2022 23:22:22 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14238800 | | Email/Text: blegal@phfa.org | Sep 28 2022 23:19:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14198869 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2022 23:19:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 14267935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2022 23:22:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14212831 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2022 23:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15000859 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 28 2022 23:19:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14224284 | + | Email/Text: ebnjts@grblaw.com | Sep 28 2022 23:19:00 | Township of Hampton/Hampton Township SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14198871 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2022 23:18:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14198872 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2022 23:18:00 | Verizon Wireless/South, P.O. Box 26055, Minneapolis, MN 55426-0055 |
| 14198873 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 28 2022 23:33:03 | Well Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14235746 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 28 2022 23:33:03 | Wells Fargo Bank NA,, Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Hampton Township School District |
| cr | | PNC BANK, NA. |
| cr | | Township of Hampton |
| cr | | Wells Fargo Bank, N.A. |
| 14216336 | *+ | Internal Revenue Service, 1000 Liberty Ave Room 711B, Pittsburgh, PA 15222-4107 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Thomas J. Hayes dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Thomas J. Hayes dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| James P. Valecko | on behalf of Creditor PNC BANK  NA. jvalecko@weltman.com, PitEcf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Hampton Township School District jhunt@grblaw.com |
| Jonathan Etkowicz | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 jonathan.etkowicz@piblaw.com |
| Jonathan Etkowicz | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC jonathan.etkowicz@piblaw.com |
| Joseph P. Schalk | on behalf of Creditor Wells Fargo Bank  N.A. jschalk@barley.com, sromig@barley.com |
| Kevin Scott Frankel | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com  logsecf@logs.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark B. Peduto | on behalf of Debtor Thomas J. Hayes mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  NA. amps@manleydeas.com |

TOTAL: 19