**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> THOMAS J. HAYES <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:16-21018 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 27, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/18/2016 and confirmed on 3/2/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 278,784.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 278,784.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,810.00 | |
|    Trustee Fee | 11,418.06 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,228.06 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PHFA(*)<br>    Acct: 7847 | 0.00 | 7,700.00 | 0.00 | 7,700.00 |
|   FEDERAL HOME LOAN MORTGAGE CORP<br>    Acct: 6252 | 55,275.22 | 55,275.22 | 0.00 | 55,275.22 |
|   PNC BANK NA<br>    Acct: 2499 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FEDERAL HOME LOAN MORTGAGE CORP<br>    Acct: 6252 | 18,892.67 | 18,892.67 | 0.00 | 18,892.67 |
|   FEDERAL HOME LOAN MORTGAGE CORP<br>    Acct: 6252 | 0.00 | 20,891.84 | 0.00 | 20,891.84 |
|   FEDERAL HOME LOAN MORTGAGE CORP<br>    Acct: 6252 | 6,579.44 | 6,579.44 | 0.00 | 6,579.44 |
|   PHFA(*)<br>    Acct: 7847 | 1,525.00 | 1,525.00 | 0.00 | 1,525.00 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 4698 | 8,994.51 | 8,994.51 | 456.77 | 9,451.28 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 4698 | 58,200.00 | 58,200.00 | 3,729.05 | 61,929.05 |
|   ALLY FINANCIAL(*)<br>    Acct: 7086 | 15,098.87 | 15,098.87 | 2,827.07 | 17,925.94 |
| | | | | 200,170.44 |
| **Priority** | | | | |
|   DONALD R CALAIARO ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THOMAS J. HAYES<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CALAIARO VALENCIK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CALAIARO VALENCIK<br>    Acct: | 2,810.00 | 2,810.00 | 0.00 | 0.00 |
|   CALAIARO VALENCIK<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   COURT OF COMMON PLEAS - ALLEGHEN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 51,026.62 | 51,026.62 | 0.00 | 51,026.62 |
| | Acct: 4698 | | | | |
| | PA DEPARTMENT OF REVENUE* | 7,956.91 | 7,956.91 | 0.00 | 7,956.91 |
| | Acct: 4698 | | | | |
| | HAMPTON TOWNSHIP SD & HAMPTON TV | 4,402.47 | 4,402.47 | 0.00 | 4,402.47 |
| | Acct: 0686 | | | | |
| | | | | | 63,386.00 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 2,591.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 4698 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 662.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 2776 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIREWATER RESTORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4570 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RIVERSIDE COMMERCE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 1,550.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 1,405.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4698 | | | | |
| | INTERNAL REVENUE SERVICE* | 24,967.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 4698 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,612.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 5560 | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PARKER IBRAHIM & BERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PARKER IBRAHIM & BERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                       263,556.44

```
TOTAL CLAIMED
  PRIORITY              63,386.00
  SECURED              164,565.71
  UNSECURED             32,790.91
```

Date: 09/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
THOMAS J. HAYES

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-21018

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas J. Hayes  
    Debtor

Case No. 16-21018-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Sep 28, 2022      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J. Hayes, 4033 Tall Timber Dr., Allison Park, PA 15101-3043 |
| cr | + | Office of Attorney General, Pennsylvania Departmen, Office of Attorney General, 5th Floor, Manor Complex, 564 Forbes Avenue, Pittsburgh, PA 15219-2992 |
| 14198863 | + | Allelgheny County Family Division, 621 City County Building, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 14198868 | + | Pennsylvania Housing Finance, 211 N. Front St., Harrisburg, PA 17101-1406 |
| 14198870 | + | Riverside Commerce Center, 120 Coporate Blvd. Ste.100, Norfolk, VA 23502-4952 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 28 2022 23:22:28 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: blegal@phfa.org | Sep 28 2022 23:19:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 28 2022 23:19:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 28 2022 23:19:00 | Specialized Loan Servicing LLC, PO Box 9013, ADDISON, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 28 2022 23:19:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 28 2022 23:19:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14205915 | | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2022 23:18:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14198864 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2022 23:18:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14248374 | | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2022 23:22:50 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14198865 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:22:24 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14210254 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:22:48 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14273271 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 28 2022 23:19:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 15318354 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 28 2022 23:19:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

Case 16-21018-CMB   Doc 247   Filed 09/30/22   Entered 10/01/22 00:25:34   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14198867 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2022 23:19:00 | Internal Revenue, Stop 8420G, P.O. Box 145595, Cincinnati, OH 45250 |
| 14198866 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2022 23:22:47 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14238800 | | Email/Text: blegal@phfa.org | Sep 28 2022 23:19:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14198869 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2022 23:19:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 14267935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2022 23:22:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14212831 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2022 23:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15000859 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 28 2022 23:19:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14224284 | + | Email/Text: ebnjts@grblaw.com | Sep 28 2022 23:19:00 | Township of Hampton/Hampton Township SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14198871 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2022 23:18:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14198872 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2022 23:18:00 | Verizon Wireless/South, P.O. Box 26055, Minneapolis, MN 55426-0055 |
| 14198873 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 28 2022 23:33:14 | Well Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14235746 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 28 2022 23:33:03 | Wells Fargo Bank NA,, Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Hampton Township School District |
| cr | | PNC BANK, NA. |
| cr | | Township of Hampton |
| cr | | Wells Fargo Bank, N.A. |
| 14216336 | *+ | Internal Revenue Service, 1000 Liberty Ave Room 711B, Pittsburgh, PA 15222-4107 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022                    Signature:       /s/Gustava Winters

Case 16-21018-CMB    Doc 247    Filed 09/30/22    Entered 10/01/22 00:25:34    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Allison L. Carr | on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Thomas J. Hayes dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Thomas J. Hayes dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| James P. Valecko | on behalf of Creditor PNC BANK  NA. jvalecko@weltman.com, PitEcf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Hampton Township School District jhunt@grblaw.com |
| Jonathan Etkowicz | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 jonathan.etkowicz@piblaw.com |
| Jonathan Etkowicz | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC jonathan.etkowicz@piblaw.com |
| Joseph P. Schalk | on behalf of Creditor Wells Fargo Bank  N.A. jschalk@barley.com, sromig@barley.com |
| Kevin Scott Frankel | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com  logsecf@logs.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark B. Peduto | on behalf of Debtor Thomas J. Hayes mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  NA. amps@manleydeas.com |

TOTAL: 19