**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   THOMAS J. HAYES

       Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

Case No.:16-21018

Chapter 13

Related to:  Document No. 241

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___15th___ day of ___November___, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
11/15/22 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge
glb

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 16-21018-CMB

Thomas J. Hayes                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: auto                                          Page 1 of 3

Date Rcvd: Nov 15, 2022                             Form ID: pdf900                                 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J. Hayes, 4033 Tall Timber Dr., Allison Park, PA 15101-3043 |
| cr | + | Office of Attorney General, Pennsylvania Departmen, Office of Attorney General, 5th Floor, Manor Complex, 564 Forbes Avenue, Pittsburgh, PA 15219-2992 |
| 14198863 | + | Allelgheny County Family Division, 621 City County Building, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 14198868 | + | Pennsylvania Housing Finance, 211 N. Front St., Harrisburg, PA 17101-1406 |
| 14198870 | + | Riverside Commerce Center, 120 Coporate Blvd. Ste.100, Norfolk, VA 23502-4952 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2022 00:00:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: blegal@phfa.org | Nov 15 2022 23:57:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 15 2022 23:58:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Nov 15 2022 23:57:00 | Specialized Loan Servicing LLC, PO Box 9013, ADDISON, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 15 2022 23:57:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Nov 15 2022 23:57:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14205915 | | Email/Text: ally@ebn.phinsolutions.com | Nov 15 2022 23:57:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14198864 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 15 2022 23:57:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14248374 | | Email/PDF: ebn_ais@aisinfo.com | Nov 15 2022 23:59:37 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14198865 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2022 23:59:35 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14210254 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2022 23:59:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14273271 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 15 2022 23:58:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 15318354 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 15 2022 23:58:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

| | | | |
|---|---|---|---|
| 14198867 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 15 2022 23:57:00 | Internal Revenue, Stop 8420G, P.O. Box 145595, Cincinnati, OH 45250 |
| 14198866 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2022 23:59:59 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14238800 | Email/Text: blegal@phfa.org | Nov 15 2022 23:57:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14198869 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2022 23:57:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 14267935 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2022 23:59:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14212831 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15000859 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 15 2022 23:57:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14224284 | + Email/Text: ebnjts@grblaw.com | Nov 15 2022 23:57:00 | Township of Hampton/Hampton Township SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14198871 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 15 2022 23:57:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14198872 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 15 2022 23:57:00 | Verizon Wireless/South, P.O. Box 26055, Minneapolis, MN 55426-0055 |
| 14198873 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 16 2022 00:00:00 | Well Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14235746 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 15 2022 23:59:36 | Wells Fargo Bank NA,, Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Hampton Township School District |
| cr | | PNC BANK, NA. |
| cr | | Township of Hampton |
| cr | | Wells Fargo Bank, N.A. |
| 14216336 | *+ | Internal Revenue Service, 1000 Liberty Ave Room 711B, Pittsburgh, PA 15222-4107 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022                          Signature:          /s/Gustava Winters

District/off: 0315-2                                   User: auto                                       Page 3 of 3
Date Rcvd: Nov 15, 2022                               Form ID: pdf900                              Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Allison L. Carr | on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Andrew Kevin Pratt | on behalf of Debtor Thomas J. Hayes apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Thomas J. Hayes dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Thomas J. Hayes dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| James P. Valecko | on behalf of Creditor PNC BANK  NA. jvalecko@weltman.com, PitEcf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Hampton Township School District jhunt@grblaw.com |
| Jonathan Etkowicz | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 jonathan.etkowicz@piblaw.com |
| Jonathan Etkowicz | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC jonathan.etkowicz@piblaw.com |
| Joseph P. Schalk | on behalf of Creditor Wells Fargo Bank  N.A. jschalk@barley.com, sromig@barley.com |
| Kevin Scott Frankel | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com  logsecf@logs.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  NA. amps@manleydeas.com |

TOTAL: 19